# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 08-1951
_____

Stephen P. Schoemehl, Trustee for the IBEW Local No. 1 Health and Welfare Fund; Eric Aschinger, Trustee for the IBEW Local No. 1 Health and Welfare Fund; Daniel Schaeffer, Trustee for the IBEW Local No. 1 Health and Welfare Fund; Douglas Martin, Trustee for the IBEW Local No. 1 Health and Welfare Fund; Joseph Cousin, Trustee for the IBEW Local No. 1 Health and Welfare Fund; Matthew Lampe, Trustee for the IBEW Local No. 1 Health and Welfare Fund; Local 1 IBEW Health and Welfare Fund; Stephen P. Schoemehl, Trustee for the Local No. 1, IBEW Pension Benefit Trust Fund; Mike Kranefuss, Trustee for the Local No. 1, IBEW Pension Benefit Trust Fund; T. Michael Fogarty, Sr., Trustee for the Local No. 1, IBEW Pension Benefit Trust Fund; Douglas Martin, Trustee for the Local No. 1, IBEW Pension Benefit Trust Fund; Michael Garavaglia, Trustee for the Local No. 1, IBEW Pension Benefit Trust Fund; Greg Booth, Trustee for the Local No. 1, IBEW Pension Benefit Trust Fund; Local No. 1, IBEW Pension Benefit Trust Fund; Stephen P. Schoemehl, Trustee for the IBEW Vacation Fund; Timothy Schoemehl, Trustee for the IBEW Vacation Fund; Thomas George, Sr., Trustee for the IBEW Vacation Fund; Douglas Martin, Trustee for the IBEW Vacation Fund; Roger Oertli, Trustee for the IBEW Vacation Fund; Robert Senf, Trustee for the IBEW Vacation Fund; IBEW Vacation Fund; Stephen P. Schoemehl, Trustee for the IBEW, Local 1, Apprenticeship and Training Fund; Stephen Kohnen, Trustee for the IBEW, Local 1, Apprenticeship and Training Fund; Robert Kaemmerlen, Jr., Trustee for the IBEW, Local 1, Apprenticeship and Training Fund; Douglas Martin, Trustee for the IBEW, Local 1, Apprenticeship and Training Fund; Thomas George, Sr., Trustee for the IBEW, Local 1, Apprenticeship and Training Fund; Dan King, Trustee for the IBEW, Local 1, Apprenticeship and Training Fund; Local No. 1IBEW Apprenticeship and Training Fund; Stephen P. Schoemehl, Trustee for the IBEW-NECA Holiday Trust Fund; Robert Senf, Trustee for the IBEW-NECA Holiday Trust Fund; Douglas Martin, Trustee for the IBEW-NECA Holiday Trust Fund; Roger Oertli, Trustee for the IBEW-NECA Holiday Trust Fund; Thomas George, Sr., Trustee for the IBEW-NECA Holiday Trust Fund; John Johanningmeier, Trustee for the IBEW-NECA Holiday Trust Fund; IBEW-NECA Holiday Trust Fund; Stephen P. Schoemhl, Trustee for the Electricians' Income Security Fund; Charles Pavelec, Trustee for the Electricians' Income Security Fund; Douglas Martin, Trustee for the Electricians' Income Security Fund; Roger Oertli, Trustee for the Electricians' Income Security Fund; Greg Booth, Trustee for the Electricians' Income Security Fund; Thomas George, Sr., Trustee for the Electricians' Income Security Fund; Electricians' Income Security Fund; Stephen P. Schoemehl, Trustee for the Electricians' Salary Deferral Plan; Thomas George, Sr., Trustee for the Electricians' Salary Deferral Plan; Thomas Sansevere, Trustee for the Electricians' Salary Deferral Plan; Douglas Martin, Trustee for the Electricians' Salary Deferral Plan; Robert Unterriener, Trustee for the Electricians' Salary Deferral Plan; George Azzanni, Trustee for the Electricians' Salary Deferral Plan; Electricians' Salary Deferral Plan; Stephen P. Schoemehl, Director for the NECA-IBEW Market Research Development and Public Relations Fund The NECA Administrative Maintenance Fund and Substance Abuse Program; Timothy Schoemehl, Director for the NECA-IBEW Market Research Development and Public Relations Fund The NECA Administrative Maintenance Fund and Substance Abuse Program; Matthew Lampe, Director for the NECA-IBEW Market Research Development and Public Relations Fund The NECA Administrative Maintenance Fund and Substance Abuse Program; Dennis Hornberger, Director for the NECA-IBEW Market Research Development and Public Relations

Fund The NECA Administrative Maintenance Fund and Substance Abuse Program; Daniel Schaeffer, Director for the NECA-IBEW Market Research Development and Public Relations Fund The NECA Administrative Maintenance Fund and Substance Abuse Program; Douglas Martin, Director for the NECA-IBEW Market Research Development and Public Relations Fund The NECA Administrative Maintenance Fund and Substance Abuse Program; NECA-IBEW Market Research Development and Public Relations Fund; The NECA Administrative Maintenance Fund and Substance Abuse Program; D. R. Borden, Jr., Trustee for the National Electrical Benefit Fund; Jon Walters, Trustee for the National Electrical Benefit Fund; National Electrical Benefit Fund; Local 1 International Brotherhood of Electrical Workers, AFL-CIO,

Plaintiffs - Appellants

v.

Renaissance Electric Company, Inc.; Daktronics, Inc.; Hunt Construction Group, Inc.,

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:07-cv-00287-HEA)

_____

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

June 09, 2009

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Michael E. Gans